

*The No Longer Silent Majority • A national organization*

National Office: P.O. Box 221683 • St. Louis, Missouri 63122-0683
Telephone (636) 940-8474 • FAX (636) 916-4022
Regional Office: P.O. Box 1204 • Greenwood, Mississippi 38935
Telephone: (662) 237-4358
**Website: www.cofcc.org**

May 26, 2005

Mr. Terrence Donnelly, Director
Maplewood City Library
7601 Manchester Rd.
Maplewood, MO 63143

Dear Mr. Donnelly:

It has come to our attention that your library's computers for use of your patrons has blocked access to our Council of Conservative Citizens website (www.cofcc.org).

The CofCC's website does not have any sexually explicit or pornographic content.

We request that the block be removed and adult patrons be allowed to freely access it.

We also request that you provide us with a written response as soon as possible.

Sincerely,

*Gordon Lee Baum*
Gordon Lee Baum
C.E.O.

GLB:lg



# Maplewood Public Library

7601 Manchester Avenue
Maplewood, Missouri 63143
(314) 781-2174

Gordon Lee Baum
P.O. Box 221683
St. Louis, MO 63122-0683

Dear Mr. Baum;

In reply to your letter of June 1, 2005 regarding the blocking of your website www.cofcc.org by the Maplewood Public Library's public access computers: in compliance with the Federal Children's Internet Protection Act (CIPA), it is the policy of the Library to place a filter on all public access computers; however, the Act only applies to children, and we will disable the filter for any adult who requests it. They do not have to give us a reason for the request. This is clearly stated on the signage by each public access computer. Because of this, it is not our practice to make exceptions for individual websites.

Incidently, your site is not blocked due to sexually explicit or pornographic content. We use the services of a third-party filter, Secure Computing, and the product we use is Bess/N2H2. They have tagged your site with the categories of Hate and Discrimination, which categories we also block from our child patrons. I suggest you contact the company if you feel this categorization of your site is in error.

Yours truly,

Terrence Donnelly
Director



*The No Longer Silent Majority* • *A national organization*

National Office: P.O. Box 221683 • St. Louis, Missouri 63122-0683
Telephone (636) 940-8474 • FAX (636) 916-4322
Regional Office: P.O. Box 1204 • Greenwood, Mississippi 38935
Telephone: (662) 237-4358
**Website: www.cofcc.org**

November 13, 2005

Director
University City Public Library
6701 Delmar Blvd.
University City, MO 63130

Dear Director:

It has come to our attention that your library's computers for use of your patrons has blocked access to our Council of Conservative Citizens website (www.cofcc.org).

The CofCC's website does not have any sexually explicit or pornographic content.

We request that the block be removed and adult patrons be allowed to freely access it.

We also request that you provide us with a written response as soon as possible.

Sincerely,

Gordon Lee Baum
C.E.O.

GLB:lg





*The No Longer Silent Majority* • *A national organization*

National Office: P.O. Box 221683 • St. Louis, Missouri 63122-0683
Telephone (636) 940-8474 • FAX (636) 916-4322
Regional Office: P.O. Box 1204 • Greenwood, Mississippi 38935
Telephone: (662) 237-4358
**Website:** www.cofcc.org

November 13, 2005

Director
Valley Park Community Library
320 Benton St.
Valley Park, MO 63088

Dear Director:

It has come to our attention that your library's computers for use of your patrons has blocked access to our Council of Conservative Citizens website (www.cofcc.org).

The CofCC's website does not have any sexually explicit or pornographic content.

We request that the block be removed and adult patrons be allowed to freely access it.

We also request that you provide us with a written response as soon as possible.

Sincerely,

Gordon Lee Baum
C.E.O.

GLB:lg





*The No Longer Silent Majority* • *A national organization*

National Office: P.O. Box 221683 • St. Louis, Missouri 63122-0683
Telephone (636) 940-8474 • FAX (636) 916-4322
Regional Office: P.O. Box 1204 • Greenwood, Mississippi 38935
Telephone: (662) 237-4358
**Website: www.cofcc.org**

July 13, 2005

Ms. Lollie Gray, Director
Festus City Library
222 N. Mill St.
Festus, MO 63028

Dear Ms. Gray:

It has come to our attention that your library's computers for use of your patrons has blocked access to our Council of Conservative Citizens website (www.cofcc.org).

The CofCC's website does not have any sexually explicit or pornographic content.

We request that the block be removed and adult patrons be allowed to freely access it.

We also request that you provide us with a written response as soon as possible.

Sincerely,


Gordon Lee Baum
C.E.O.

GLB:lg

