```
                                                                    FILED

              UNITED STATES DISTRICT COURT                        MAR 13 2006
              EASTERN DISTRICT OF MISSOURI
                                                               U. S. DISTRICT COURT
GORDON LEE BAUM and Council of                                 EASTERN DISTRICT OF MO
Conservative Citizens, a
not-for-profit corporation,           )
                                      ) 4   06CV00453 DP
                        plaintiff,    )
                                      )
          v.                          )   Case No.
                                      )
MAPLEWOOD CITY LIBRARY, et al.,       )
                                      )
                        defendant.    )
```

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

____THIS CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER_____

AND ASSIGNED TO THE HONORABLE JUDGE_____.

✓ NEITHER THIS CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT,

PREVIOUSLY HAS BEEN FILED IN THIS COURT, AND THEREFORE MAY BE

OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 3/10/06                          _____
                                       Signature of Filing Party