UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 13 2006
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

GORDON LEE BAUM and COUNCIL OF CONSERVATIVE
CITIZENS, a not-for-profit corporation,

    Plaintiff(s),

Vs.

MAPLEWOOD CITY LIBRARY, a municipal
corporation,

    Defendant(s).

Case No. 4 06CV00453CDP

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri notice is hereby given by counsel of record for Council of Conservat that the following corporate interests are disclosed:

1. The parent companies of the corporation:
   None.

2. Subsidiaries not wholly owned by the corporation:
   None.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:
   None.

Signature (Counsel for Plaintiff/Defendant)
Print Name: Robert Herman
Address: 621 North Skinker Boulevard
City/State/Zip: St. Louis, Missouri 63130
Phone: 314/862-0200

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Corporate Interest Certificate was served (by mail) (by hand delivery) on all parties of record in this cause, this 13th Day of March, 20 06.