

# United States District Court
EASTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

**NOTICE TO DEFENDANT(S)**

\* \* Plaintiff To Complete Gray Area \* \*

To: Robert Herman, Schwartz, Herman & Davidson
(Name of plaintiff's attorney or unrepresented plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of:

Case Caption: Baum, et al. v Maplewood City Libarary, et al

Case Number: 4 06CV00453CDP

in the United States District Court for the Eastern District of Missouri. I have also received a copy of the complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____
(Date Waiver sent)
or within 90 days after date if the request was sent outside the United States.

**DEFENDANT'S ACKNOWLEDGMENT OF WAIVER OF SERVICE**

April 7, 2006
Date

Terrence Donnelly
Print Name

_[signature]_
Signature

as Director
(Officer or Agent)

of Maplewood Public Library
(Corporation or Association)

7601 Manchester Road
Address

Maplewood, MO  63144
City, State, Zip Code