UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM AND COUNCIL OF CONSERVATIVE CITIZENS, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case No.: 4:06CV00453 CDP |
| MAPLEWOOD CITY LIBRARY, CITY OF UNIVERSITY CITY PUBLIC LIBRARY, VALLEY PARK COMMUNITY LIBRARY AND FESTUS CITY LIBRARY, ) ) ) ) ) | |
| Defendants. ) | |

# ENTRY OF APPEARANCE

Come now Peter J. Dunne, Jessica L. Liss and Rabbitt, Pitzer & Snodgrass, P.C. and enter their appearance on behalf of Defendants, Maplewood City Library and University City Public Library.

                                                */s/ Peter J. Dunne*
                                                Peter J. Dunne   #31482
                                                Federal Registration No. 3025
                                                Jessica L. Liss   #51331
                                                Federal Registration No. 93685
                                                RABBITT, PITZER & SNODGRASS, P.C.
                                                Attorneys for Defendants Maplewood City
                                                Library and University City Public Library
                                                100 South Fourth Street, Suite 400
                                                St. Louis, Missouri 63102-1821
                                                (314) 421-5545
                                                (314) 421-3144 (Fax)
                                                dunne@rabbittlaw.com, liss@rabbittlaw.com

      I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 12th day of May, 2006 to be served by operation of the Court's electronic filing system upon:

00207247.DOC;1

      Mr. Robert Herman
Schwartz and Herman
621 N. Skinker
St. Louis, MO 63130
Attorney for plaintiffs

/Skaggs                  */s/ Christine Skaggs*
_____

00207247.DOC;1