UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM AND COUNCIL OF CONSERVATIVE CITIZENS,<br><br>Plaintiffs,<br><br>vs.<br><br>MAPLEWOOD CITY LIBRARY, CITY OF UNIVERSITY CITY PUBLIC LIBRARY, VALLEY PARK COMMUNITY LIBRARY AND FESTUS CITY LIBRARY,<br><br>Defendants. | Case No.: 4:06CV00453 CDP |

## *ENTRY OF APPEARANCE*

Come now Peter J. Dunne, Jessica L. Liss and Rabbitt, Pitzer & Snodgrass, P.C. and enter their appearance on behalf of Defendants, Maplewood City Library and University City Public Library.

Peter J. Dunne   #31482
Federal Registration No. 3025
Jessica L. Liss   #51331
Federal Registration No. 93685
RABBITT, PITZER & SNODGRASS, P.C.
Attorneys for Defendants Maplewood City Library and University City Public Library
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
dunne@rabbittlaw.com, liss@rabbittlaw.com

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 12th day of May, 2006 to be served by operation of the Court's electronic filing system upon:

00207247.DOC;1

                Mr. Robert Herman
Schwartz and Herman
621 N. Skinker
St. Louis, MO 63130
Attorney for plaintiffs

/Skaggs                          _Christine Skaggs_

00207247.DOC;1