IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GORDON LEE BAUM and COUNCIL      )
OF CONSERVATIVE CITIZENS, a      )
Not-for-profit corporation,      )
                                 )
        Plaintiffs,              )
                                 )
vs.                              )        Cause No.:     4:06-CV-453-CDP
                                 )
MAPLEWOOD CITY LIBRARY, a        )
municipal corporation, CITY OF   )
UNIVERSITY CITY PUBLIC LIBRARY,  )
A municipal corporation, VALLEY PARK )
COMMUNITY LIBRARY, a municipal   )
Corporation, and FESTUS CITY     )
LIBRARY, a municipal corporation,)
                                 )
        Defendants.              )

**ENTRY OF APPEARANCE**

COME NOW Charles E. Reis, IV, and Brown & James, P.C., and hereby enter their

appearance on behalf of Defendant Valley Park Community Library.


                          _____/s/ Charles E. Reis, IV_____
                          Charles E. Reis, IV #4151
                          BROWN & JAMES, P.C.
                          Attorneys for Defendant
                          VALLEY PARK COMMUNITY LIBRARY
                          1010 Market Street, 20th Floor
                          St. Louis, MO 63101
                          (314) 421-3400
                          (314) 421-3128 FAX
                          creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 16th day of May, 2006, upon the following:  Mr. Robert Herman, Attorney for Plaintiffs, 621 N. Skinker, St. Louis, Missouri 63130 and to Mr. Peter J. Dunne and Ms. Jessica L. Liss, Attorneys for Defendants Maplewood City Library and City of University City Public Library, 100 South Fourth Street, Suite 400, St. Louis, Missouri 63102.

                    /s/ Charles E. Reis, IV

7946798