UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV453 CDP |
| ) | |
| MAPLEWOOD CITY LIBRARY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the Court file, the Court notes that **Festus City Library** was sent a request for waiver of service on **March 13, 2006**, and plaintiff has filed the defendant's acknowledgment of waiver of service. **Festus City Library** was required to respond to the complaint no later than **May 16, 2006** and has failed to do so. I will not delay the case further, so will set a Rule 16 conference by separate order today, and will require plaintiff to file default motions against the defaulting defendant, so this case can proceed. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment as to **Festus City Library**, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal of the action as to this defendant without prejudice.

Dated this 23rd day of May , 2006.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE