# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM and COUNCIL OF CONSERVATIVE CITIZENS, ) ) ) Plaintiffs, ) ) vs. ) MAPLEWOOD CITY LIBRARY, *et al.*, ) ) Defendants. ) ) | Cause No. 4:06-CV-453 – CDP |

## MOTION TO CONTINUE RULE 16 CONFERENCE

**COME NOW** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, by and through his attorney, Robert Herman of Schwartz, Herman & Davidson, and move this Court ***GRANT*** their Motion to Continue Rule 16 Conference. In support thereof, Plaintiffs state as follows:

1. On May 23, 2006, this Honorable Court scheduled a Rule 16 Conference in the above-captioned matter to be heard on June 22, 2006 at 1:00 p.m. before the Honorable Catherine D. Perry.

2. Counsel for Plaintiffs is scheduled to be out of the country June 20, 2006, through and including July 10, 2006.

**WHEREFORE,** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, pray this Court Grant their Motion to Continue Rule 16 Conference and for any such other and further relief this Court deems just and proper.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By:  /s/  Robert Herman
     Robert Herman, #3382
     621 North Skinker Boulevard
     St. Louis, Missouri 63130
     Ph:  314/862-0200
     Fx:  314/862-3050
     e-mail:  bherman@621skinker.com

*Attorney for Plaintiffs, Gordon Lee Baum
and Council of Conservative Citizens*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  May 23, 2006 , a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.


By:  /s/  Robert Herman