UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:06CV453 CDP |
| ) | |
| MAPLEWOOD CITY LIBRARY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that plaintiffs' motion to continue Rule 16 conference [#13] is granted and the Rule 16 scheduling conference is **reset** for **Monday, July 17, 2006, at 9:30 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of May, 2006.