JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED MAR ? 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

## I. (a) PLAINTIFFS
GORDON LEE BAUM and COUNCIL OF CONSERVATIVE CITIZENS, a not-for-profit corporation,

### DEFENDANTS
MAPLEWOOD CITY LIBRARY, CITY OF UNIVERSITY CITY PUBLIC LIBRARY, VALLEY PARK COMMUNITY LIBRARY,

(b) County of Residence of First Listed Plaintiff  St. Charles, MO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  St. Louis, MO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

4:06CV00453CDP

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert Herman, Schwartz, Herman & Davidson, 621 North Skinker Blvd., St. Louis, MO 63130, Ph: 314/862-0200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C., Sec. 1983, 1st and 14th Amendments
Brief description of cause:
Declaratory Judgment/Injunctive Relief for Denial of 1st Amendment Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE 03/10/2006

SIGNATURE OF ATTORNEY OF RECORD  /s/ Robert Herman

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____


Plaintiffs' Exhibit 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 13 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| GORDON LEE BAUM and COUNCIL OF CONSERVATIVE CITIZENS, a not-for-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MAPLEWOOD CITY LIBRARY, a municipal corporation, CITY OF UNIVERSITY CITY PUBLIC LIBRARY, a municipal corporation, VALLEY PARK COMMUNITY LIBRARY, a municipal corporation, and FESTUS CITY LIBRARY, a municipal corporation,<br><br>Defendants. | 4 06CV00453CDP<br><br>Cause No. _____ |

**COMPLAINT – DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF
PURSUANT TO 42 U.S.C. § 1983 AND THE FIRST AND FOURTEENTH
AMENDMENTS TO THE UNITED STATES CONSTITUTION**

**COME NOW** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, and for their cause of action, state to the Court as follows:

**JURISDICTION, VENUE AND FACTS COMMON TO ALL COUNTS**

1.   This Court has federal question jurisdiction over the instant matter pursuant to 28 U.S.C., § 1331, 42 U.S.C., § 1983, and the First and Fourteenth Amendments to the United States Constitution.

2.   The Council of Conservative Citizens is a Missouri not-for-profit corporation, with its principal place of business located in the County of St. Charles,

State of Missouri, within the jurisdictional territory of the United States District Court for the Eastern District of Missouri, Eastern Division. The Council of Conservative Citizens is a social and political advocacy organization.

3. Gordon Lee Baum is the Chief Executive Officer of the Council of Conservative Citizens.

4. Maplewood City Library is a municipal corporation located within the jurisdictional territory of the United States District Court for the Eastern District of Missouri, Eastern Division.

5. City of University City Public Library is a municipal corporation operating within the jurisdictional territory of the United States District Court for the Eastern District of Missouri, Eastern Division.

6. Valley Park Community Library is a municipal corporation operating within the jurisdictional territory of the United States District Court for the Eastern District of Missouri, Eastern Division.

7. Festus City Library is a municipal corporation operating within the jurisdictional territory of the United States District Court for the Eastern District of Missouri, Eastern Division.

8. Maplewood City Library, City of University City Public Library, Valley Park Community Library and Festus City Library offer the availability of internet terminals to their patrons. These terminals are designed to be used directly by the patron and without the intermediary of a library official.

Rev. 3/10/2006 10:13 AM

9. Maplewood City Library, City of University City Public Library, Valley Park Community Library and Festus City Library have installed specialized software on the internet terminals, which purpose is to block patrons' access to certain classes of internet sites specified by the library through the activation of various options offered by the software.

10. Maplewood City Library, City of University City Public Library, Valley Park Community Library, and Festus City Library have activated the software filter option which blocks a patron's access to sites that the library and/or the software publisher have designated as "hate speech".

11. The Council of Conservative Citizens maintains an internet site and/or webpage at the address designated as www.cofcc.org.

12. The internet website of the Council of Conservative Citizens contains social and political advocacy speech protected by the First Amendment to the United States Constitution.

13. The internet website of the Council of Conservative Citizens does not contain any pornography or sexually oriented images.

14. The "hate speech" software filter, as it is employed in Maplewood City Library, City of University City Public Library, Valley Park Community Library and Festus City Library, blocks a patron's access to the webpage site of the Council of Conservative Citizens.

Rev. 3/10/2006 10:13 AM

15. The "hate speech" software filter, as it is employed in Maplewood City Library, City of University City Public Library, Valley Park Community Library and Festus City Library, does not block internet sites which are critical of the policies and advocacy of the Council of Conservative Citizens.

16. On or about May 26, 2005, Gordon Lee Baum, on behalf of the Council of Conservative Citizens, wrote to Maplewood City Library demanding that the library remove its webpage from the list of blocked "hate speech" internet sites and allow free and unfettered access to its webpage and/or internet site. *See*, **Exhibit 1**, attached hereto and incorporated by reference herein.

17. Thereafter, Terrence Donnelly, Director of Maplewood City Library, acknowledged that the Council of Conservative Citizens' website was blocked because it came within the category of "hate and discrimination," and refused to unblock the internet site and make it available to all citizens without the necessity of asking that the internet site be unblocked. *See*, **Exhibit 2**, attached hereto and incorporated by reference herein.

18. On or about November 13, 2005, Gordon Lee Baum, acting on behalf of the Council of Conservative Citizens, wrote the City of University City Public Library demanding that access to the website of Council of Conservative Citizens be unblocked. *See*, **Exhibit 3**, attached hereto and incorporated by reference herein.

19. On or about November 13, 2005, Gordon Lee Baum, acting on behalf of the Council of Conservative Citizens, wrote the Valley Park Community Library demanding

that access to the website of Council of Conservative Citizens be unblocked. *See*, **Exhibit 4**, attached hereto and incorporated by reference herein.

20. On or about July 13, 2005, Gordon Lee Baum, acting on behalf of the Council of Conservative Citizens, wrote the Festus City Library demanding that access to the website of Council of Conservative Citizens be unblocked. *See*, **Exhibit 5**, attached hereto and incorporated by reference herein.

## COUNT I – DECLARATORY JUDGMENT

**COME NOW** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, and for Count I of their cause of action, state to the Court as follows:

1. The "hate speech" software filter, as it is employed in Maplewood City Library, City of University City Public Library, Valley Park Community Library and Festus City Library, discriminates against speech of the Council of Conservative Citizens on the basis of the content and viewpoint of the speech contained in its website.

2. Such viewpoint discrimination is inconsistent with the protections of the First and Fourteenth Amendments to the United States Constitution and violates the First and Fourteenth Amendments of both the Council of Conservative Citizens, as the speaker, and Gordon Lee Baum, as the receiver of such information.

**WHEREFORE,** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, pray this Court for a Declaratory Judgment that the actions of Maplewood City Library, City of University City Public Library, Valley Park Community Library and Festus City Library in the utilization of software filters to block patrons' access to the

Rev. 3/10/2006 10:13 AM

website of the Council of Conservative Citizens on the alleged basis that it constitutes "hate speech," violates the First and Fourteenth Amendments to the United States Constitution, for their costs in this matter, and for attorneys' fees pursuant to 42 U.S.C., § 1988.

### COUNT II – PRELIMINARY INJUNCTION

**COME NOW** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, and for Count II of their cause of action, state to the Court as follows:

1. Both Gordon Lee Baum and the Council of Conservative Citizens have suffered and will continue to suffer immediate, and irreparable harm by the continued denial of their rights under the First and Fourteenth Amendments to the United States Constitution.

2. Governmental censorship of the Council of Conservative Citizens' speech on the basis of its content and viewpoint is well-established as a violation of the First and Fourteenth Amendments to the United States Constitution, and therefore Plaintiffs are likely to prevail on the merits of this matter.

3. Plaintiff's have no adequate remedy at law with which to correct the deprivation of their Constitutional rights pursuant to the First and Fourteenth Amendments to the United States Constitution.

**WHEREFORE,** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, pray this Court issue a preliminary injunction immediately enjoining Maplewood City Library, City of University City Public Library, Valley Park

Rev. 3/10/2006 10:13 AM