

# United States District Court
## EASTERN DISTRICT OF MISSOURI

### WAIVER OF SERVICE OF SUMMONS

---

**NOTICE TO DEFENDANT(S)**

* * Plaintiff To Complete Gray Area * *

To: Robert Herman, Schwartz, Herman & Davidson
(Name of plaintiff's attorney or unrepresented plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of:

Case Caption: Baum, et al. v Maplewood City Libarary, et al

Case Number: 4 06CV00453CDP

in the United States District Court for the Eastern District of Missouri. I have also received a copy of the complaint in this action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___03-16-06___,
(Date Waiver sent)
or within 90 days after date if the request was sent outside the United States.

---

**DEFENDANT'S ACKNOWLEDGMENT OF WAIVER OF SERVICE**

3/27/06
Date

GENE DOYLE
Print name

Signature

as _Mayor_
(Officer or Agent)

of _City of Festus_
(Corporation or Association)

711 West Main Street
Address

Festus, MO 63028
City, State, Zip Code

- Page 2 -

**Plaintiffs' Exhibit 3**