UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM, et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No.   4:06CV00453 CDP |
| ) | |
| MAPLEWOOD CITY LIBRARY, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ENTRY OF DEFAULT BY CLERK OF COURT

Upon request of plaintiff it appearing that defendant, Festus City Library failed to appear or otherwise defend as provided by the Federal rules of Civil Procedure, the undersigned hereby enters the default of defendant Festus City Library pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

JAMES G. WOODWARD, CLERK
BY: /s/ Lori Miller-Taylor

Dated this 8th day of June, 2006.