UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GORDON LEE BAUM AND COUNCIL OF )
CONSERVATIVE CITIZENS, )
)
    Plaintiffs, )
)
vs. ) Case No.: 4:06CV00453 CDP
)
MAPLEWOOD CITY LIBRARY, CITY OF )
UNIVERSITY CITY PUBLIC LIBRARY, )
VALLEY PARK COMMUNITY LIBRARY )
AND FESTUS CITY LIBRARY, )
)
    Defendants. )

## OFFER OF JUDGMENT

COME NOW defendants, Maplewood City Library and University City Public Library, by and through counsel, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and for their Offer of Judgment, state as follows:

1. Defendant, Maplewood City Library, offers to allow judgment to be taken against this defendant in this cause in the sum of Two Thousand Five Hundred Dollars ($2,500.00) inclusive of attorneys fees and costs accrued to date.

2. Defendant, University City Public Library, offers to allow judgment to be taken against this defendant in this cause in the sum of Two Thousand Five Hundred Dollars ($2,500.00) inclusive of attorneys fees and costs accrued to date.

3. Pursuant to Fed. R. Civ. P. 68, defendants state that plaintiff has ten (10) days to accept defendants' Offer of Judgment and that if the offer is not accepted within ten (10) days, the offer shall be deemed withdrawn and evidence thereof is not admissible and that

00219254.DOC;1

unless plaintiff obtains a judgment for more than the offer, plaintiff shall owe defendants court costs from this date forward.

*[signature]*
Peter J. Dunne   #31482
Federal Registration No. 3025
Jessica L. Liss   #51331
Federal Registration No. 93685
RABBITT, PITZER & SNODGRASS, P.C.
Attorneys for Defendants Maplewood City
Library and University City Public Library
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)
dunne@rabbittlaw.com, liss@rabbittlaw.com

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court this 13th day of July, 2006 to be served by operation of the Court's electronic filing system upon:

Mr. Robert Herman
Schwartz, Herman & Davidson
621 N. Skinker Boulevard
St. Louis, MO 63130
Attorney for plaintiffs

Mr. Charles E. Reis, IV
Brown & James, P.C.
1010 Market Street, 20th Floor
St. Louis, MO 63101
Attorney for defendant Valley Park Community Library

*[signature]*

2

00219254.DOC;1