UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM and ) | |
| COUNCIL OF CONSERVATIVE ) | |
| CITIZENS, ) | |
|             ) | |
|       Plaintiffs, ) | |
|             ) | |
|       vs.   ) | Case No. 4:06CV453 CDP |
|             ) | |
| MAPLEWOOD CITY LIBRARY, ) | |
| et al., ) | |
|             ) | |
|       Defendants. ) | |

## **ORDER**

Before me are plaintiffs' motions for default judgment as to defendant Festus City Library. Festus is in default, as it has failed to appear or otherwise defend this matter as provided by the Federal Rules of Civil Procedure. The Clerk entered the default of Festus pursuant to Fed. R. Civ. P. 55(a) on June 8, 2006. Although default has been entered, due to the nature of the relief requested in this case, I will withhold entry of default judgment until other issues in the case have been resolved.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motions for default judgment [#'s 15 & 17] are denied as premature without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this <u>17th</u> day of <u>July</u>, 2006.