IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM and COUNCIL OF CONSERVATIVE CITIZENS, a Not-for-profit corporation, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )  Cause No.:   4:06-CV-453-CDP<br>) |
| MAPLEWOOD CITY LIBRARY, a municipal corporation, CITY OF UNIVERSITY CITY PUBLIC LIBRARY, A municipal corporation, VALLEY PARK COMMUNITY LIBRARY, a municipal Corporation, and FESTUS CITY LIBRARY, a municipal corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION OF PLAINTIFFS GORDON LEE BAUM AND COUNCIL OF CONSERVATIVE CITIZENS AND DEFENDANT VALLEY PARK COMMUNITY LIBRARY FOR THIS COURT TO ENTER A CONSENT JUDGMENT

Comes now defendant Valley Park Community Library, with consent of plaintiffs Gordon Lee Baum and Council of Conservative Citizens, and for their Joint Motion for this Court to Enter a Consent Judgment, states as follows:

1. Plaintiffs Gordon Lee Baum and Council of Conservative Citizens brought this lawsuit based upon an alleged First Amendment violation.

2. Defendant Valley Park Community Library denied the allegations asserted by plaintiffs Gordon Lee Baum and Council of Conservative Citizens, but plaintiffs Gordon Lee Bum and Council of Conservative Citizens and defendant Valley Park Community Library have

come to a resolution and have agreed to request this court to enter a Consent Judgment, a copy of which is attached hereto and marked as Exhibit A.

3. The attached Consent Judgment will dispose of all issues between plaintiffs Gordon Lee Baum and Council of Conservative Citizens and Valley Park Community Library.

WHEREFORE, defendant Valley Park Community Library, with consent of plaintiffs Gordon Lee Baum and Council of Conservative Citizens, request this court grant their Joint Motion for this Court to Enter a Consent Judgment, together with any other relief this court deems equitable.

        /s/ Charles E. Reis, IV
Charles E. Reis, IV #4151
BROWN & JAMES, P.C.
Attorneys for Defendant
VALLEY PARK COMMUNITY LIBRARY
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

A copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on this 8th day of January, 2007, upon the following: Mr. Robert Herman, Attorney for Plaintiffs, 621 N. Skinker, St. Louis, Missouri 63130 and Mr. Peter J. Dunne and Ms. Jessica L. Liss, Attorneys for Defendants Maplewood City Library and City of University City Public Library, 100 South Fourth Street, Suite 400, St. Louis, Missouri 63102.

        /s/ Charles E. Reis, IV