IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GORDON LEE BAUM and COUNCIL OF CONSERVATIVE CITIZENS, a Not-for-profit corporation, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Cause No.:    4:06-CV-453-CDP |
| | ) | |
| MAPLEWOOD CITY LIBRARY, a municipal corporation, CITY OF UNIVERSITY CITY PUBLIC LIBRARY, A municipal corporation, VALLEY PARK COMMUNITY LIBRARY, a municipal Corporation, and FESTUS CITY LIBRARY, a municipal corporation, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT JUDGMENT BY AND BETWEEN PLAINTIFFS GORDON LEE BAUM AND COUNCIL OF CONSERVATIVE CITIZENS AND DEFENDANT VALLEY PARK COMMUNITY LIBRARY

COME NOW Plaintiffs Gordon Lee Baum and Council of Conservative Citizens and

Defendant Valley Park Community Library and for this Consent Judgment agree as follows:

1.      Defendant Valley Park Community Library currently provides internet access to

library patrons.

2.      Defendant Valley Park Community Library currently utilizes a filtering program

for its patrons' internet access via the library to prevent access to certain pornography sites in

order to comply with the Children's Internet Protection Act.

3.     Defendant Valley Park Community Library previously used a filtering program to filter a category of speech denoted as "hate speech" by the filtering program provider that restricted access to the Council of Conservative Citizens' website.

4.     Defendant Valley Park Community Library represents that it does not currently block access to the Council of Conservative Citizens' website, and it agrees that it will not do so in the future as long as the website does not violate the Children's Internet Protection Act, or any other federal, state, or local law.

5.     Gordon Lee Baum and Council of Conservative Citizens hereby dismiss any and all claims against Defendant Valley Park Community Library with prejudice with each party being responsible for its own costs and attorneys' fees.

**IT IS HEREBY ORDERED** that this Consent Judgment by and between Plaintiffs Gordon Lee Baum and Council of Conservative Citizens and Defendant Valley Park Community Library be entered, with Plaintiffs Gordon Lee Baum and Council of Conservative Citizens and Defendant Valley Park Community Library each parties own costs and attorneys fees.

Robert Herman
Attorney for Plaintiffs
621 N. Skinker
St. Louis, Missouri 63130
(314) 862-0200
(314) 862-3050 FAX
bherman@621skinker.com

8

Charles E. Reis, IV #4151
BROWN & JAMES, P.C.
Attorneys for Defendant
VALLEY PARK COMMUNITY LIBRARY
1010 Market Street, 20th Floor
St. Louis, MO 63101
(314) 421-3400
(314) 421-3128 FAX
creis@bjpc.com

Dated this _10th_ day of Janu, 200 _200 7_

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

9