UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GORDON LEE BAUM AND COUNCIL OF )
CONSERVATIVE CITIZENS,                      )
                                            )
       Plaintiffs,                          )
                                            )
vs.                                         ) Case No.: 4:06CV00453 CDP
                                            )
MAPLEWOOD CITY LIBRARY, CITY OF )
UNIVERSITY CITY PUBLIC LIBRARY,  )
VALLEY PARK COMMUNITY LIBRARY  )
AND FESTUS CITY LIBRARY,                 )
                                            )
       Defendants.                          )

*Approved and So Ordered*
*Catherine D. Perry 2/5/07*

## CONSENT JUDGMENT

COME NOW plaintiffs, Gordon Lee Baum and the Council of Conservative Citizens, and defendants, Maplewood City Library and University City Public Library, by and through their respective counsel, and stipulate to the Court for the purpose of entering into a Consent Judgment:

WHEREAS, the parties stipulate and the Court hereby finds:

1. Maplewood City Library is a municipal library district and political subdivision organized and existing under the laws of the State of Missouri.

2. University City Public Library is a municipal library district and political subdivision organized and existing under the laws of the State of Missouri.

3. In order to comply with the provisions of 20 U.S.C. § 9134(f)(1) and 47 U.S.C. § 254(h)(6) of the Children's Internet Protection Act and Mo. Rev. Stat. §§182.825-7 of the Access to Computer Pornography Act, Maplewood City Library and University City Public Library are required to maintain a policy of Internet safety for minors that includes

the operation of technology protection measures that restricts Internet access by minors to pornographic or obscene materials.

4. In order to comply with the above-referenced provisions, Maplewood City Library and University City Public Library must purchase from their respective Internet service providers certain filtering services to filter or restrict a minor's ability to access such pornographic or obscene materials.

5. Maplewood City Library and University City Public Library will disable any Internet filter at the request of any adult over the age of eighteen years to enable that adult to access the Internet for bona fide research or lawful purposes.

6. Maplewood City Library and University City Public Library hereby acknowledge that any Internet filter that restricts Internet access to "hate speech" or content and viewpoints other than those proscribed by the provisions of 20 U.S.C. § 9134(f)(1) and 47 U.S.C. § 254(h)(6) of the Children's Internet Protection Act and Mo. Rev. Stat. §§182.825-7 of the Access to Computer Pornography Act is a violation of the First and Fourteenth Amendments of the United States Constitution.

7. Maplewood City Library and University City Public Library hereby agree not to implement or authorize the use of any Internet filter that restricts Internet access to "hate speech" or content and viewpoints other than those proscribed by the provisions of 20 U.S.C. § 9134(f)(1) and 47 U.S.C. § 254(h)(6) of the Children's Internet Protection Act and Mo. Rev. Stat. §§182.825-7 of the Access to Computer Pornography Act.

8. Maplewood City Library allows judgment to be taken against this defendant in this cause in the sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00) inclusive of attorney's fees and costs accrued to date.

9. University City Public Library allows judgment to be taken against this defendant in this cause in the sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00) inclusive of attorney's fees and costs accrued to date.

WHEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

A. Maplewood City Library and University City Public Library shall not implement or authorize the use of any Internet filter that restricts Internet access to "hate speech" or content and viewpoints other than those proscribed by the provisions of 20 U.S.C. § 9134(f)(1) and 47 U.S.C. § 254(h)(6) of the Children's Internet Protection Act and Mo. Rev. Stat. §§182.825-7 of the Access to Computer Pornography Act;

B. Judgment is to be taken in favor of plaintiffs and against Maplewood City Library in this cause in the sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00), inclusive of attorney's fees and costs accrued to date;

C. Judgment to be taken in favor of plaintiffs and against University City Public Library in this cause in the sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00), inclusive of attorney's fees and costs accrued to date; and

D. Each party shall bear its own costs.

_____
Peter J. Dunne  #31482
Federal Registration No. 3025
Jessica L. Liss  #51331
Federal Registration No. 93685
RABBITT, PITZER & SNODGRASS, P.C.
Attorneys for Defendants Maplewood City Library
and University City Public Library
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
Ph: (314) 421-5545
Fx: (314) 421-3144
E-mail: dunne@rabbittlaw.com, liss@rabbittlaw.com

_____
Robert Herman  #3382
SCHWARTZ, HERMAN & DAVIDSON
Attorney for Plaintiffs, Gordon Lee Baum and Council
of Conservative Citizens
621 North Skinker Boulevard
St. Louis, Missouri 63130
Ph: (314) 862-0200
Fx: (314) 862-3050
E-mail: bherman@621skinker.com