UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV453 CDP |
| ) | |
| FESTUS CITY LIBRARY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Clerk previously entered default against defendant Festus City Library, but I denied the motion for default judgment pending resolution of the claims against the other defendants. All of those claims have now been resolved, and Festus City Library is the only defendant against whom claims are pending.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file an appropriate motion for default judgment as to Festus City Library. The motion should either contain a request for a hearing or, if plaintiff believes the motion can be resolved on the papers, then the motion should be supported by all necessary affidavits and documentation, as well as a proposed order for the Court's consideration.

Failure to comply with this order may result in dismissal of the action as to this defendant without prejudice.

Dated this 20th day of February, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE