# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GORDON LEE BAUM and COUNCIL OF CONSERVATIVE CITIZENS, ) ) ) Plaintiffs, ) ) vs. ) ) FESTUS CITY LIBRARY, *et al.*, ) ) Defendants. ) ) | Cause No. 4:06-CV-453 – CDP |

## NOTICE BY PLAINTIFF OF DISMISSAL OF DEFENDANT FESTUS CITY LIBRARY WITHOUT PREJUDICE

**COME NOW** Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens, by and through their attorney, Robert Herman of Schwartz, Herman & Davidson, and dismiss all claims against Defendant Festus City Library **WITHOUT PREJUDICE**.

Respectfully submitted,

**SCHWARTZ, HERMAN & DAVIDSON**

By:  /s/  Robert Herman
Robert Herman, #3382
621 North Skinker Boulevard
St. Louis, Missouri 63130
Ph:  314/862-0200
Fx:  314/862-3050
e-mail:  bherman@621skinker.com

*Attorney for Plaintiffs, Gordon Lee Baum and Council of Conservative Citizens*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on  February 28, 2007 , a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

Peter J. Dunne, Esq.
Jessica L. Liss, Esq.
**Rabbitt and Pitzer**
100 south Fourth Street
Suite 400
St. Louis, Missouri 63102-1821
**Ph:  314/421-5545**
**Fx:  314/421-3144**
**e-mail:  dunne@rabbittlaw.com**
**e-mail:  liss@rabbittlaw.com**
*Attorneys forDefendants,  Maplewood City Library and City of University City Public Library*

Charles E. Reis, IV, Esq.
**Brown & James, P.C.**
1010 Market Street
20th Floor
St. Louis, Missouri 63101
**Ph:  314/421-3400**
**Fx:  314/421-3128**
**e-mail:  creis@bjpc.com**
*Attorneys for Defendant, Valley Park Community Library*

By:  /s/  Robert Herman

Rev.  2/28/2007 9:34 AM